AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANDRE MCCLINTON,

    Petitioner,

v.

WARDEN RAY,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-98

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered September 29, 2025, Petitioner's motion for voluntary dismissal is granted, and his 28 U.S.C. § 2241 petition is dismissed without prejudice. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: September 29, 2025

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020